```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 02933
   GLORIA A JACKSON
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4426


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/22/2006 and was confirmed 05/15/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   3.00%.

     The case was dismissed after confirmation 06/09/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED               750.00          .00          750.00
INTERNAL REVENUE SERVICE   SECURED             25647.00          .00         9000.00
ASSOCIATE AREA COUNSEL S   NOTICE ONLY        NOT FILED          .00             .00
D PATRICK MULLARKEY        NOTICE ONLY        NOT FILED          .00             .00
UNITED STATES ATTORNEY     NOTICE ONLY        NOT FILED          .00             .00
LITTON LOAN SERVICING      CURRENT MORTG      33750.43           .00        33750.43
LITTON LOAN SERVICING      MORTGAGE ARRE      41673.88           .00         7653.77
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE      33412.15           .00         5605.15
ROBERT J ADAMS & ASSOC     PRIORITY          NOT FILED           .00             .00
ASSET ACCEPTANCE LLC       UNSECURED            105.23           .00             .00
CAPITAL ONE SERVICES       UNSECURED         NOT FILED           .00             .00
CHASE HOME FINANCE LLC     UNSECURED         NOT FILED           .00             .00
CITIBANK                   UNSECURED         NOT FILED           .00             .00
CCA/CREDITPAC              UNSECURED         NOT FILED           .00             .00
INTERNAL REVENUE SERVICE   UNSECURED           7188.94           .00             .00
PARK DANSAN COLLECTIONS    UNSECURED         NOT FILED           .00             .00
PROFESSIONAL ACCOUNT MGM   UNSECURED         NOT FILED           .00             .00
PROGRESSIVE MANAGEMENT S   UNSECURED         NOT FILED           .00             .00
SUNRISE CREDIT SERVICE     UNSECURED         NOT FILED           .00             .00
CAVALRY PORTFOLIO SERVIC   UNSECURED            624.42           .00             .00
SELECT PORTFOLIO SERVICI   CURRENT MORTG      18948.00           .00        18948.00
INTERNAL REVENUE SERVICE   PRIORITY            2386.65           .00             .00
PIERCE & ASSOC             NOTICE ONLY       NOT FILED           .00             .00
NCO FINANCIAL              UNSECURED             545.24          .00             .00
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE      12588.12           .00        12588.12
ROBERT J ADAMS & ASSOC     DEBTOR ATTY         2,989.00                      2,989.00
TOM VAUGHN                 TRUSTEE                                           5,865.53
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                              RECEIPTS         DISBURSEMENTS

                    PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 02933 GLORIA A JACKSON
```

```
-------------------------------------------------------------------------------
TRUSTEE                                 97,150.00

PRIORITY                                                             .00
SECURED                                                        88,295.47
UNSECURED                                                            .00
ADMINISTRATIVE                                                  2,989.00
TRUSTEE COMPENSATION                                            5,865.53
DEBTOR REFUND                                                        .00
                                        ---------------  ---------------
TOTALS                                  97,150.00              97,150.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 09/24/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 06 B 02933 GLORIA A JACKSON